# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CIARA CRYSTALIN MARIE SANTOS,

               Plaintiff,                       21 **CIVIL** 1682 (JLC)

      -v-                                  **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2022, Santos' motion is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York
           September 20, 2022

                                        **RUBY J. KRAJICK**

                                              **Clerk of Court**

                      **BY:**    *K. Mango*

                                              **Deputy Clerk**